Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

Robert E. Rosenthal, Esq. (SBN 67343)
Sergio H. Parra (SBN 247682)
Bohnen, Rosenthal & Kreeft
787 Munras Avenue, Suite 200
Monterey, CA 93940
(831) 649-5551
(831) 649-0272 – Facsimile
rrosenthal@brklegal.com
sparra@brklegal.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | Case No.: C11-0454 SC |
| Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSAL; [~~PROPOSED~~] ORDER THEREON** |
| v. | |
| JAMES RAY BECK, et al., | |
| Defendants. | |

1  PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs F.G.
2  Crosthwaite, et al., and Defendants Paul T. Beck Contractors, Inc., et al., through their attorneys,
3  stipulate to the voluntary dismissal of this action, in its entirety, without prejudice.

4  Dated: July 30, 2015                    **BOHNEN, ROSENTHAL & KREEFT**

5                                          By:   /S/
                                                 Sergio H. Parra, Esq.
6                                                Attorneys for Defendants

7  Dated: July 31, 2015                    **SALTZMAN & JOHNSON LAW CORP.**

8                                          By:   /S/
                                                 Shivani Nanda, Esq.
9                                                Attorneys for Plaintiffs

10  IT IS SO ORDERED.

11  This case is hereby dismissed with prejudice, and the calendar herein is vacated.

12  DATED:  07/31 , 2015

15  UNITED STATES DISTRICT COURT JUDGE

(Seal: United States District Court, Northern District of California — Judge Samuel Conti)

-2-
**STIPULATION OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER THEREON**
**Case No.: C11-0454 SC**

P:\Closed Matters\OE3CL\JRB Grading and Paving\Pleadings\Stipulation for Dismissal 072715.doc